**Motion Granted and Order filed June 15, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00352-CV

_____

### In the Interest of S.S.B. and R.D., III, Children

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-00611J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. The brief of appellant R.T.B. brief was due June 9, 2015, but it has not been filed. R.T.B. filed a motion to extend time to file her brief until June 22, 2015. A previous motion for extension was granted with the notation that further extensions would not be granted absent exceptional circumstances.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we grant R.T.B.'s motion and note that no further extensions will be granted.  We order R.T.B.'s appointed counsel, William M. Thursland, to file appellant's brief no later than June 22, 2015. If the brief is not filed by that date, counsel William M. Thursland may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file R.T.B.'s brief.


PER CURIAM